IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUIS ANTONIO AGUILAR MARQUINEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOLE FOOD COMPANY, INC., et al., <br><br> Defendants. <br><br> CAMERON McWHIRTER, <br><br> Movant. | CIVIL ACTION FILE NO. <br><br> 1:20-cv-04834-CAP-CMS <br><br> Re: Subpoena issued in Civil Action No. 1:12-cv-00695-RGA (currently pending in the U.S. District Court for the District of Delaware) |

## **FINAL ORDER**

This matter is before the Court on Non-Party Cameron McWhirter's Motion to Quash Subpoena [Doc. 1], the amended response in opposition filed by the plaintiffs ("Plaintiffs") [Doc. 7], and McWhirter's reply [Doc. 9].

Oral argument was heard on the motion on December 2, 2020 at 2:00 p.m. via Zoom video conference. For all the reasons discussed during that hearing, McWhirter's Motion to Quash Plaintiffs' Subpoena [Doc. 1] is hereby **GRANTED**.

**IT IS SO ORDERED**, this 2nd day of December, 2020.

*Catherine Salinas*
_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE